UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID MUNGUIA,

    Plaintiff,

v.                            Case No.:  2:20-cv-163-FtM-38MRM

PUBLIX SUPER MARKETS, INC.,

    Defendant.
_____/

## **OPINION AND ORDER**[1]

This matter comes before the Court on *sua sponte* review of the file.  On June 8, 2020, United States Magistrate Judge Mac R. McCoy granted Bill Berke's motion to withdraw as counsel of record for Plaintiff David Munguia and ordered Munguia to either have new counsel file a notice of appearance or notify the Court he intends to proceed without counsel.  (Doc. 17).  Judge McCoy warned that if Munguia did not comply by June 22, 2020, the case could be dismissed.  Munguia has not complied with Judge McCoy's Order.  Nor has he responded to Defendant Publix Super Markets' Motion to Dismiss (Doc. 10) filed on May 8, 2020.

Local Rule 3.10 states,

> Whenever it appears that any case is not being diligently prosecuted, the Court may, on motion of any party or on its own motion, enter an order to show cause why the case should not be dismissed, and if no satisfactory cause is shown, the case may be dismissed by the Court for want of prosecution.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hypelink's availability and functionality, and a failed hyperlink does not affect this Order.

Since this case is not being diligently prosecuted, Munguia must show cause why this case should not be dismissed. If he fails to do so, the Court will dismiss this case. The Court encourages Munguia to consult with an attorney or visit https://www.flmd.uscourts.gov/litigants-without-lawyers for information on proceeding without counsel.

Accordingly, it is now

**ORDERED:**

Plaintiff David Munguia is **ORDERED** to show cause, in writing, on or before **July 9, 2020**, why this case should not be dismissed for want of prosecution. **The Court will dismiss this case without further notice if Munguia fails to comply with this Order.**

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of June, 2020.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record